PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC 29 PM 2:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A.   vs.   **John David Weiman**            Docket No. **2:00CR20005-001**

### Petition on Probation and Supervised Release

**COMES NOW** ____GERALD HUNT____, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of __John David Weiman__, who was placed on supervision by the Honorable __Bernice B. Donald__ sitting in the Court at __Memphis, TN.__, on the 22nd day of March, 20 01 who fixed the period of supervision at __three (3) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

\* On November 1, 2005, Supervised Release began in the Western District of Tennessee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Based on previous substance abuse history, it appears Mr. Weiman would benefit from enrollment in a drug treatment program. Mr. Weiman indicated his willingness to participate in such program as evidenced by his signature on the attached waiver.

**PRAYING THAT THE COURT WILL ORDER** the modification of Mr. Weiman's conditions of Supervised Release to require participation in drug treatment and testing as directed by the Probation Office.

### ORDER OF COURT

Considered and ordered this 29 day of December, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_Gerald Hunt_
Gerald Hunt
U. S. Probation Officer

Place: Memphis, Tennessee

This document entered on the docket sheet in compliance with Rule 55 (b) FRCrP on __Date__ December 19, 2005

PROB 49
(3/89)

# United States District Court

__Western__ District __Tennessee__

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

```
You shall participate in a program which may include inpatient
therapy for treatment of drug/alcohol dependency, including testing
to determine if you have reverted to the use of drugs/alcohol. You
shall also abstain from the use of drugs/alcohol during and after
the course of treatment.
```

Witness: _____        Signed: _____
           U.S. Probation Officer                     Probationer or Supervised Releasee

                            _11/10/05_
                              Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 204 in case 2:00-CR-20005 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT